JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
CONSTELLATION NAVIGATION,
LTD.,

          Plaintiff,

- against -

TRADHOL INTERNACIONAL S.A.,

          Defendant.
---------------------------------------------------X

08 CV _____
ECF CASE

RECEIVED AUG 08 2008 U.S.D.C. S.D.N.Y. CASHIERS

## DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: August 8, 2008
       New York, NY

                              The Plaintiff,
                              CONSTELLATION NAVIGATION, LTD.

By: _____
Claurisse Campanale-Orozco (CC 3581)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
corozco@tisdale-law.com
ttisdale@tisdale-law.com